**Order entered March 2, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01383-CV

## DOROTHY WARREN, Appellant

## V.

## 2359 HIGHLAND ROAD LLC D/B/A THE FINLEY THE HIGHLANDS, Appellee

### On Appeal from the County Court at Law No. 3
### Dallas County, Texas
### Trial Court Cause No. CC-19-05900-C

## ORDER

The reporter's record in this case is past due. By postcard dated December 19, 2019, we notified Janet Wright, Official Court Reporter for County Court at Law No 3, that the reporter's record was overdue and directed her to file the reporter's record within ten days. By order dated January 29, 2020, we again notified Ms. Wright the reporter's record was overdue, and ordered her to file either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant had not paid for or made arrangements to

pay for the reporter's record within thirty days.  To date, Ms. Wright has failed to comply with the Court's order.

So that this appeal can proceed, we **ORDER** Janet Wright to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; (2) written verification no hearings were recorded; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and has not been found entitled to proceed without payment of costs.  *We notify appellant that if we receive verification she has not requested the reporter's record or paid for or made arrangements to pay for the reporter's record, and is not entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record.  See* Tex. R. App. P. 37.3(c).

We expressly **CAUTION** Ms. Wright that failure to comply with this order **WILL** result in the Court taking such action as is necessary to have Ms. Wright comply with the Court's orders, including an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable Sally Montgomery
Presiding Judge
County Court at Law No. 3

Janet Wright
Official Court Reporter
County Court at Law No. 3

All parties

/s/    KEN MOLBERG
JUSTICE